**Oren G. GAMBLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42276.**

Missouri Court of Appeals,
Western District.

July 24, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM:

Defendant appeals denial of his Rule 24.035 motions following evidentiary hearings.

Judgment affirmed. Rule 30.25.